

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-13-00030-CV

Tomas G. **GOMEZ**, Jr.,
Appellant

v.

Anna Belle Guajardo **GOMEZ**,
Appellee

From the 63rd Judicial District Court, Kinney County, Texas
Trial Court No. 3,949
Honorable Enrique Fernandez, Judge Presiding

PER CURIAM

Sitting:     Rebeca C. Martinez, Justice
             Patricia O. Alvarez, Justice
             Luz Elena D. Chapa, Justice

Delivered and Filed:  April 24, 2013

DISMISSED

On April 15, 2013, appellant filed an unopposed motion to dismiss this appeal. The motion is granted, and the appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(1).

PER CURIAM